# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN  DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF


vs.                                        4:13CR00148-006 SWW
                                           4:14CR00165-001 SWW

MANUEL GARZA                                                     DEFENDANT
(USM custody)


### ORDER

Due to a conflict on the Court's calendar, the sentencing hearing scheduled **FRIDAY,**

**FEBRUARY 13, 2015** *at 1:00 P.M.*  has been rescheduled for ***3:00 P.M.***

IT IS SO ORDERED this 4th day of February 2015.


                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE